# Exhibit A

# STATE COURT OF COBB COUNTY
# STATE OF GEORGIA

ID# E-EW2FZZWW-YDN
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**23-A-3423**

**AUG 02, 2023 02:48 PM**


Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

CIVIL ACTION NUMBER  23-A-3423

$198.00 COST PAID

Barnes, Rebecca

_____

**PLAINTIFF**

**VS.**

Publix Super Markets, INC.

_____

**DEFENDANT**

## SUMMONS

TO: PUBLIX SUPER MARKETS, INC.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Sarah E Moskowitz**
> **Kenneth S. Nugent, P.C.**
> **4227 Pleasant Hill Road**
> **Bldg. 11**
> **Duluth, Georgia 30096**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 3rd day of August, 2023.**

Clerk of State Court



Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

12 East Park Square, Marietta, Georgia 30090-9630
(770) 528-1220 Building B, First Floor-Civil Division

Page 1 of 1



ID# E-EW2FZZWW-YES
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**23-A-3423**

AUG 02, 2023 02:48 PM

Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

## IN THE STATE COURT OF COBB COUNTY
### STATE OF GEORGIA

REBECCA BARNES,

    **Plaintiff,**

v.

**PUBLIX SUPER MARKETS, INC.,**

    **Defendant.**

**CIVIL ACTION FILE NO.**

### COMPLAINT FOR DAMAGES

COMES NOW Rebecca Barnes, Plaintiff in the above-styled action, by and through her undersigned counsel, Kenneth S. Nugent, P.C., and hereby file this, her Complaint for Damages (hereinafter the "Complaint") against Defendant Publix Super Markets, INC., and show this Honorable Court as follows:

### PARTIES AND JURISDICTION

1.

Plaintiff is a resident of the State of Georgia and has been a resident of the State of Georgia at all times relevant to this case.

2.

Defendant Publix Super Markets, INC. (hereinafter "Defendant") is a foreign profit corporation with its principal office located at 3300 Publix Corporate Parkway, Lakeland, Florida 33811. Defendant can be served through its registered agent, Corporate Creations Network, INC., at 2985 Gordy Parkway, 1st Floor, Marietta, Cobb County, Georgia 30066.

3.

Defendant transacts business in Cobb County, Georgia.



4.

The acts of negligence giving rise to this Complaint occurred in Cobb County, Georgia.

5.

Venue and jurisdiction are proper in this Court.

## SUMMARY OF FACTS

6.

This is a negligence action brought by Plaintiff to recover for all damages suffered as a result of injuries sustained upon the premises of a Publix supermarket No. 1250, located at 2955 Atlanta Road Southeast, Smyrna, Georgia 30080 (hereinafter "Publix supermarket").

7.

On or about February 2, 2022, Plaintiff was a business invitee of the Publix supermarket.

8.

While a business invitee on the premises, Plaintiff was shopping for groceries.

9.

As Plaintiff was walking towards the checkout counter, she slipped on a wet floor and fell.

10.

During the fall, Plaintiff hit and injured her left arm and left shoulder.

11.

Plaintiff notified the manager and/or employees or agents of Publix supermarket about the incident.

12.

Defendant failed to exercise ordinary care for the protection of its invitees from the dangerous and/or hazardous condition on its property.

2

13.

Solely as a result of Defendant's failure to properly maintain and/or monitor its premises and failure to maintain and/or inspect the floors, Plaintiff sustained bodily injuries, including but not limited to, injuries to her left arm and left shoulder.

14.

At all times relative to this incident, Plaintiff was exercising due care for her own safety.

15.

At all times relative to this incident, Plaintiff conducted herself as a reasonably and ordinarily prudent person would under the circumstances and had no knowledge of the existence of the hazardous conditions, prior to such conditions causing her the injuries.

16.

As a direct and proximate result of Defendant's negligence, Plaintiff sustained serious injuries, pain and suffering, mental anguish, loss of the enjoyment of life, and other damages including, but not limited to, medical expenses.

17.

But for the hazardous conditions then existent on Defendant's premises, Plaintiff would not have suffered serious physical injuries.

## COUNT I - NEGLIGENCE

18.

Plaintiff re-alleges and reincorporates the previous allegations as if fully stated herein.

19.

Plaintiff seeks recovery for personal injuries sustained as a direct and proximate cause of Defendant's negligence, including the negligence of Defendant's agents and/or employees.

3

20.

At all times relevant, Defendant owed Plaintiff a duty to exercise that degree of care ordinarily possessed and exercised by owners, operators, and maintainers of premises open to invitees. This duty included, but was not limited to, Defendant's obligation to provide reasonable warning to invitees, such as Plaintiff, of the existence of hazardous conditions on its property.

21.

On or about February 2, 2022, Defendant failed in its duty of care to Plaintiff in that it did not adequately and reasonably provide warning to Plaintiff that its premises had hazardous conditions, such as wet floor that caused Plaintiff's injuries.

22.

As a result of the injuries Plaintiff sustained in the incident, she has incurred significant physical and mental pain and suffering, as well as special damages in excess of the amount of $51,007.50, which is subject to being supplemented at the time of trial and is itemized as follows:

| | |
|---|---|
| Metro Ambulance Services | $1,465.50 |
| Wellstar Kennestone Hospital | $9,669.50 |
| The Bortolazzo Group | $2,499.00 |
| Quantum Radiology | $625.00 |
| Resurgens Orthopaedics | $10,604.50 |
| Physiotherapy Associates | $26,144.00 |
| **TOTAL:** | **$51, 007.50** |

23.

Defendant is liable for all damages recoverable under Georgia law.

4

**WHEREFORE,** Plaintiff prays that she has judgment against Defendant as follows:

(a)     that summons issues and service be perfected upon Defendant requiring the Defendant to appear before this Court and answer this *Complaint for Damages*;

(b)     for general damages in an amount to be determined by the enlightened conscience of an impartial jury;

(c)     for special damages in an amount to be proven by evidence at trial in excess of the amount of $51,007.50;

(d)     for costs and expenses of this litigation;

(e)     for any and all other and further relief that this Court deems just and proper under the circumstances; and

(f)     for a trial by jury on all issues so triable.

Respectfully submitted this 2nd day of August, 2023.

KENNETH S. NUGENT, P.C.

**By:**     */s/ Sarah E. Moskowitz*
SARAH E. MOSKOWITZ
Georgia State Bar No.: 873693
JAN P. COHEN
Georgia State Bar No.: 174337
***Attorneys for Plaintiff***

4227 Pleasant Hill Road
Building 11
Duluth, Georgia 30096
T: (404) 875-0900
F: (678) 957-8657
smoskowitz@attorneykennugent.com
jcohen@attorneykennugent.com

5